FILED: August 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1648 (L)
(A216-641-215)

---

RICARDO HERNANDEZ-MENDEZ

Petitioner

v.

TODD BLANCHE, Acting Attorney General

Respondent

------------------------------

CENTER FOR GENDER & REFUGEE STUDIES; FORMER IMMIGRATION JUDGES AND FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS

Amici Supporting Petitioner

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk